AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA **REDACTED** | |
| V. | **WARRANT FOR ARREST** |
| AHIAM ETIENNE | Case Number: 08-12M **REDACTED** |

**SEALED** (crossed out)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____AHIAM ETIENNE_____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FALSE STATEMENTS IN AN APPLICATION FOR A U.S. PASSPORT;

in violation of Title ____18____ United States Code, Section(s) ____1542____

PETER T. DALLEO                                BY: _[signature]_                DEPUTY CLERK
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                                 JANUARY 18, 2008   at WILMINGTON, DE
Title of Issuing Officer                       Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

                    Brookhaven, PA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/18/08 | Gregory E. Schossler, Special Agent | _[signature]_ G.E. Sch... |
| DATE OF ARREST 1/23/08 | Diplomatic Security Service | |