## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICY OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-12-M |
| | ) |
| AHIAM ETIENNE, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To:  Clerk, U.S. District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE  19801

      Please enter the appearance of Charles E. Butler, Esquire for the defendant, Ahiam Etienne, in the above-captioned matter.

February 5, 2008                /s/ Charles E. Butler
                                       CHARLES E. BUTLER
                                       1224 North King Street
                                       Wilmington, Delaware  19801
                                       (302) 655-4100

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICY OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                v. )<br>AHIAM ETIENNE, )<br>                Defendant. ) | Case No. 08-12-M |

**CERTIFICATE OF SERVICE**

    I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on February 5, 2008, I served a copy of the foregoing Entry of Appearance via electronic filing to:

Christopher J. Burke, AUSA
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046

                /s/ Charles E. Butler
                CHARLES E. BUTLER