# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

AHIAM ETIENNE,

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-12-M**

I, **AHIAM ETIENNE,** charged in a complaint pending in this District with **WILLFULLY AND KNOWINGLY MAKING FALSE STATEMENTS IN A PASSPORT APPLICATION**, in violation of Titles **18,** U.S.C., **1542**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
*Defendant*

_____
*Counsel for Defendant*

*DATED: 2/7/2008*