UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 08-12-M |
| vs. | ) |
| **AHIAM ETIENNE**, | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this **16th**, day of **May, 2008**;

IT IS ORDERED that a teleconference is set for Monday May 19th, **2008** at 2:30 PM before U.S. Magistrate Leonard P. Stark. Counsel for the government shall initiate the conference call to telephone number (302) 573-4543.

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**