IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-12-M |
| | ) |
| AHIAM ETIENNE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2), **IT IS HEREBY ORDERED** this __19th__ day of __May__ 2008, that the time within which an indictment in the above-captioned matter must be sought shall be excluded by a period of __three (3)__ months from May 19, 2008, the date in which the parties entered into a Pretrial Diversion Agreement.

**IT IS FURTHER ORDERED** that a telephonic Status Conference is scheduled for __May 20, 2008__ at __4:30 p.m.__, with the Court initiating said call.

**IT IS FURTHER ORDERED** that the time between May 19, 2008 and the _____ teleconference is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2).

_____
Honorable Leonard P. Stark
United States Magistrate Judge