UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>  v.        )   Crim. No. 08-12-M<br>            )<br>AHIAM ETIENNE, )<br>            )<br>    Defendant. ) | |

### ORDER

**AND NOW**, this **15th** day of **AUGUST, 2008**,

**IT IS ORDERED** that a telephone conference is scheduled for **September 10th, 2008** at **3:00 pm** before the Honorable Leonard P. Stark to discuss the defendant's pretrial diversion. The Government shall initiate the telephone call to (302) 573-4543.

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney
    USPO